IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00247-WDM-MJW

ROBERT YOUNG,

 Plaintiff,

v.

SENTRY CREDIT, INC.,

 Defendant.

## NOTICE OF DISMISSAL

 The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

 DATED at Denver, Colorado, on April 2, 2009.

        BY THE COURT:


        s/ Walker D. Miller
        United States Senior District Judge

PDF FINAL